CRIMINAL COMPLAINT
(Submitted electronically)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Hugo Alexander Garcia-Sales**<br>DOB: 1999; Citizen of Guatemala | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>22-07776MJ |

Complaint for violation of Title 18, United States Code, Sections 111(a) and 111(b), and
Title 8, United States Code, Section 1325(a)(2)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

Count 1: On or about October 13, 2022, in the District of Arizona, Defendant **Hugo Alexander Garcia-Sales** did intentionally and forcibly assault U.S. Customs and Border Protection Air Interdiction Agent T.W., an agent of the United States as designated in section 18 U.S.C. § 1114, while Agent T.W. was engaged in, or on account of the performance of his duties, and in doing so the Defendant used a deadly and dangerous weapon, to wit: softball sized rocks. All in violation of Title 18, United States Code, Sections 111(a) and 111(b).

Count 2: On or about October 13, 2022, at or near Amado, in District of Arizona, **Hugo Alexander Garcia-Sales**, an alien, did unlawfully enter the United States of America from Mexico, and eluded examination inspection by immigration officers, in violation of Title 8, United States Code, Section 1325(a)(2), a petty misdemeanor.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On October 13, 2022, at approximately 2:30 p.m., U.S. Border Patrol agents responded to a remote area near Henrick's Well to search for two suspected undocumented non-citizens. A U.S. Customs and Border Protection (CBP) helicopter, piloted by Air Interdiction Agent T.W., arrived to help guide agents on the ground. Agent T.W. spotted two subjects in camouflage. When agents on the ground got close, the two subjects began to run. Agent T.W., hovering approximately 50-60 feet above the ground, followed the two subjects. One subject, later identified as **Hugo Alexander Garcia-Sales**, stopped, picked up a softball sized rock, and threw it at Agent T.W. in the helicopter. The rock missed the helicopter by approximately 5 feet. **Garcia-Sales** threw a total of 5 softball sized rocks at the helicopter; none of the rocks hit the helicopter. Agent T.W. stated that if one of the rocks hit a rotor, the helicopter would crash, and he could be seriously injured or killed. Agent T.W. directed agents on the ground to **Garcia-Sales**, and he was apprehended.

**Garcia-Sales** is a citizen of Guatemala. He admitted that he does not have any documentation allowing him to be legally present in the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA *Sarah B. Houston*  SARAH HOUSTON  Digitally signed by SARAH HOUSTON  Date: 2022.10.14 14:07:14 -07'00' | SIGNATURE OF COMPLAINANT (official title)<br><br>OFFICIAL TITLE<br>U.S. Border Patrol Agent Andrew Carpenter |
|---|---|
| Sworn to telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*Jacqueline M. Rateau* | DATE<br>October 14, 2022 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1 and 54